UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS GILLUM

VERSUS

ICF EMERGENCY MANAGEMENT
SERVICES, LLC

CIVIL ACTION

NO. 08-314-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 19, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment will be granted and this matter will be dismissed with prejudice and at plaintiff's cost.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA