UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS GILLUM

VERSUS

ICF EMERGENCY MANAGEMENT
SERVICES, LLC

CIVIL ACTION

NO. 08-314-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed on behalf of ICF Emergency Management Services, LLC is granted and this matter is dismissed with prejudice and at plaintiff's cost.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA